IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TERRENCE J. HANCOCK, et al.,    )
                                     )
              Plaintiffs,     )    CIVIL ACTION
                                     )
      vs.                     )    NO. 20 C 5389
                                     )
DI'JON, INC., an Illinois corporation,   )    JUDGE MARY M. ROWLAND
                                   )
           Defendant.    )

**NOTICE OF VOLUNTARY DISMISSAL**

TO:   Mr. Dennis Michon, Registered Agent     Ms. Diane Jacobi, President
        Di'Jon, Inc.                         Di'Jon, Inc.
        15255 S. 94th Avenue, Suite 205        3442 W. 198th Street
        Orland Park, IL  60462              Homewood, IL  60422-1267

      NOW COME Plaintiffs, by and through their attorneys, and, as of right in accordance with Rule 41(a)(1)(i), Federal Rules of Civil Procedure, hereby dismiss this action without prejudice to the rights of Plaintiffs.

                                         /s/  Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\731exc\Di'Jon\#29188\notice of voluntary dismissal.cms.df.wpd

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Voluntary Dismissal) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of <u>5:00 p.m.</u> this <u>29th</u> day of <u>April 2021</u>:

> Mr. Dennis Michon, Registered Agent
> Di'Jon, Inc.
> 15255 S. 94th Avenue, Suite 205
> Orland Park, IL   60462
>
> Ms. Diane Jacobi, President
> Di'Jon, Inc.
> 3442 W. 198th Street
> Homewood, IL   60422-1267

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\731exc\Di'Jon\#29188\notice of voluntary dismissal.cms.df.wpd